**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

DIORITE TECHNOLOGY, LLC                   §
      *Plaintiff,*                              §
                        §
                        §
v.                                        §
                        §      CASE NO. 2:25-CV-00591-JRG-RSP
CISCO SYSTEMS, INC.                       §
      *Defendant.*                             §
                        §
                        §

## ORDER

Before the Court is Defendant Cisco Systems, Inc.'s Motion to Dismiss Plaintiff Diorite Technology, LLC's Complaint. **Dkt. No. 14**. Plaintiff has since filed a First Amended Complaint against Cisco Systems, Inc., which does not incorporate by reference Plaintiff's original Complaint. Dkt. No. 16. "An amended complaint supersedes the original complaint and renders it of no legal effect unless the amended complaint specifically refers to and adopts or incorporates by reference the earlier pleading." *King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994). Accordingly, the Court finds that Defendant's Motion (Dkt. No. 14) should be and hereby is **DENIED AS MOOT**.

      **SIGNED this 22nd day of September, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE