**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| DIORITE TECHNOLOGY, LLC, | |
| *PLAINTIFF*, | CASE NO. 2:25-cv-00591-RWS-RSP |
| *v.* | JURY TRIAL DEMANDED |
| CISCO SYSTEMS, INC., | |
| *DEFENDANT*. | |

**JOINT MOTION FOR ENTRY OF**

**AMENDED DOCKET CONTROL ORDER**

Diorite Technology, LLC ("Diorite") and Defendant Cisco Systems, Inc. ("Cisco") (collectively, the "Parties") file this Joint Motion to amend the proposed Docket Control Order submitted on November 26, 2025 (Dkt. 25-1).  The Parties do not file this Motion for purposes of delay, and good cause exists for the requested extension. Good cause exists for the amendment because the parties are negotiating the terms of the Proposed Protective Order but have not yet reached agreement as to the same. Specifically, the Parties seek to change the following dates in the proposed Docket Control Order:

| Current Proposed Deadline | Amended Deadline | Event |
|---|---|---|
| December 4, 2025 | December 11, 2025 | File Proposed Protective Order and Comply with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures) |

-1-

Dated:  December 4, 2025

/s/ Christopher T. Gresalfi
Krishnan Padmanabhan (pro hac vice)
CA State Bar No. 254220
KPadmanabhan@winston.com
Christopher T. Gresalfi (pro hac vice)
NY State Bar No. 5472121
CGresalfi@winston.com
WINSTON & STRAWN LLP
200 Park Ave.
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Ahtoosa A. Dale
TX State Bar No. 24101443
ADale@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl St., Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

David Enzminger (pro hac vice)
CA State Bar No. 137065
DEnzminger@winston.com
WINSTON & STRAWN LLP
333 S. Grand Ave.
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Shaun W. Hassett
TX State Bar No. 24074372
shaunhassett@potterminton.com
POTTER MINTON, P.C.
102 N. College Ave., Suite 900
Tyler, TX 75702
Tel: (903) 597-8311
Fax: (903) 531-3972

**ATTORNEYS FOR DEFENDANT CISCO
SYSTEMS, INC**.

Respectfully submitted,

/s/ Reza Mirzaie
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Christian W. Conkle
CA State Bar No. 306374
Email: cconkle@raklaw.com
Josh Scheufler
CA SBN 330462
Email: jscheufler@raklaw.com
Jefferson Cummings
DC Bar No. 90027452
Email: jcummings@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone: 310-826-7474

**ATTORNEYS FOR PLAINTIFF,
DIORITE WIRELESS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on December 4, 2025 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail on this same date.

*/s/ Christopher Gresalfi*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). The parties are in agreement on filing the Joint Motion.

*/s/ Christopher Gresalfi*