# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| DIORITE TECHNOLOGY, LLC, | |
| *Plaintiff,* | Case No. 2:25-cv-00591-RWS-RSP |
| *v.* | **JURY TRIAL DEMANDED** |
| CISCO SYSTEMS, INC., | |
| *Defendant.* | |

**JOINT MOTION FOR SECOND AMENDED**
**DOCKET CONTROL ORDER**

Plaintiff Diorite Technology, LLC ("Diorite") and Defendant Cisco Systems, Inc. ("Cisco") (collectively, the "Parties") respectfully file this joint motion for an extension of time to supplement infringement contentions and provide Patent Local Rule 3-3 and 3-4 disclosures and comply with the Court's Standing Order Regarding Subject Matter Eligibility Contentions. The parties have met and conferred on the issue of contentions and request that Plaintiff be granted leave to supplement its infringement contentions by January 15, 2026 and the deadline for Defendant to provide Patent Local Rule 3-3 and 3-4 disclosures and comply with the Court's Standing Order Regarding Subject Matter Eligibility be extended to January 29, 2026.

Dated:  January 8, 2026    Respectfully submitted,

*/s/ Krishnan Padmanabham*    */s/ Reza Mirzaie*
Krishnan Padmanabhan (pro hac vice)    Reza Mirzaie
CA State Bar No. 254220    CA State Bar No. 246953
KPadmanabhan@winston.com    Email: rmirzaie@raklaw.com
Christopher T. Gresalfi (pro hac vice)    Christian W. Conkle
NY State Bar No. 5472121    CA State Bar No. 306374

- 2 -

CGresalfi@winston.com
WINSTON & STRAWN LLP
200 Park Ave.
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Ahtoosa A. Dale
TX State Bar No. 24101443
ADale@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl St., Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

David Enzminger (pro hac vice)
CA State Bar No. 137065
DEnzminger@winston.com
WINSTON & STRAWN LLP
333 S. Grand Ave.
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Shaun W. Hassett
TX State Bar No. 24074372
shaunhassett@potterminton.com
POTTER MINTON, P.C.
102 N. College Ave., Suite 900
Tyler, TX 75702
Tel: (903) 597-8311
Fax: (903) 531-3972

**ATTORNEYS FOR DEFENDANT CISCO
SYSTEMS, INC**.

Email: cconkle@raklaw.com
Joshua Scheufler
CA State Bar No. 330462
Email: jscheufler@raklaw.com
Jefferson Cummings
DC State Bar No. 90027452
Email: jcummings@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone: 310-826-7474

**ATTORNEYS FOR PLAINTIFF,
DIORITE WIRELESS, LLC**

- 3 -

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 8, 2026.

*/s/ Reza Mirzaie*
Reza Mirzaie

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Defendant conferred with counsel for Plaintiff and that this is a Joint Motion.

*/s/ Reza Mirzaie*
Reza Mirzaie