# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

DIORITE TECHNOLOGY, LLC,

     *Plaintiff,*

     *v.*

CISCO SYSTEMS, INC.,

     *Defendant.*

Case No. 2:25-cv-00591-RWS

**JURY TRIAL DEMANDED**

## JOINT REPORT REGARDING CASE STATUS

Pursuant to the Court's Order (Dkt. 37) Plaintiff Diorite Technology, LLC ("Diorite") and Defendant Cisco Systems, Inc. ("Cisco") (collectively, the "Parties"), having met and conferred, hereby jointly submit this Joint Report.

The Parties report as follows:

1. Only Cisco's Motion to Dismiss at Dkt. 18 remains pending.

2. Cisco requests a hearing on its pending Motion to Dismiss.  To simplify issues, Cisco intends to focus on whether Diorite has adequately pled allegations on the following limitations:

    a.  "display phone icons on said plurality of characters" for U.S. Patent No. 9,007,421; and

    b. "performs diagnostics on a corresponding one of said plurality of speakers" and "said low level status manager performing diagnostics on said one speaker" for U.S. Patent No. 9,344,820;

3. The Parties do not believe any pending motions are moot.

4.  Diorite has dismissed its allegations of infringement with respect to U.S. Patent No.

8,189,759.

5.  The parties do not believe a status conference would assist at this time.

6.  The Parties presently believe the case may proceed on the current Docket Control

Order.

Dated:  May 8, 2026

*/s/ K. Padmanabhan*
Krishnan Padmanabhan (*admitted pro hac vice)*
Email: kpadmanabhan@fenwick.com
Christopher Gresalfi (*admitted pro hac vice)*
Email: cgresalfi@fenwick.com
**FENWICK & WEST LLP**
902 Broadway
New York, NY 10010
Tel: (212) 921-2001

Scott Border (*admitted pro hac vice*)
**FENWICK & WEST LLP**
1155 F St NW, 12th Floor
Washington, DC 20004
Telephone: (202) 970-3000
Facsimile: (650) 938-5200

Shaun W. Hassett
TX State Bar No. 24074372
shaunhassett@potterminton.com
POTTER MINTON, P.C.
102 N. College Ave., Suite 900
Tyler, TX 75702
Tel: (903) 597-8311
Fax: (903) 531-3972

**ATTORNEYS FOR DEFENDANT CISCO
SYSTEMS, INC**.

Respectfully submitted,

*/s/ Reza Mirzaie*
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Christian W. Conkle
CA State Bar No. 306374
Email: cconkle@raklaw.com
Joshua Scheufler
CA State Bar No. 330462
Email: jscheufler@raklaw.com
Jefferson Cummings
DC State Bar No. 90027452
Email: jcummings@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone: 310-826-7474

**ATTORNEYS FOR PLAINTIFF,
DIORITE WIRELESS, LLC**

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 8, 2026.

*/s/ Reza Mirzaie*
Reza Mirzaie

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendants conferred with counsel for Plaintiff and that this is a Joint Report.

*/s/ Reza Mirzaie*
Reza Mirzaie