IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

DIORITE TECHNOLOGY, LLC §
§
v. § CIVIL ACTION NO. 2:25-CV-591-RWS
§
CISCO SYSTEMS, INC. §

---

MINUTES FOR MOTION HEARING
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
JULY 7, 2026

OPEN: 10:01 a.m.                                         ADJOURN: 10:21 a.m.

---

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Jake Cummings and Josh Scheufler |
| ATTORNEYS FOR DEFENDANT: | Scott Border and Shaun Hassett |
| LAW CLERK: | Collin Hopkins |
| COURTROOM DEPUTY: | Shedera Combs |
| COURT REPORTER: | Shelly Holmes |

---

| | |
|---|---|
| 10:01 a.m. | Case called; Counsel introduce themselves and announce ready; Court welcomes everyone and gives preliminary comments |
| 10:03 a.m. | Scott Border argues Defendant Cisco Systems, Inc.'s Motion to Dismiss Plaintiff Diorite Technology, LLC's Amended Complaint (Docket No. 18) |
| 10:07 a.m. | Court questions re buttons not phone icons; Mr. Border responds |
| 10:12 a.m. | Court questions re 820 patent - must the word system be used directly; Mr. Border responds |
| 10:14 a.m. | Jake Cummings responds to motion argument |
| 10:20 a.m. | Mr. Border responds |
| 10:21 a.m. | Adjourned |