IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DIORITE TECHNOLOGY, LLC, §<br>§<br>*Plaintiff,* §<br>§<br>v. §<br>§<br>CISCO SYSTEMS, INC., §<br>§<br>*Defendant.* §<br>§ | CIVIL ACTION NO. 2:25-cv-00591-RWS-RSP<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT'S NOTICE OF COMPLIANCE REGARDING P.R.4-2

Defendant Cisco Systems, Inc. ("Cisco" or "Defendant") respectfully notifies the Court

that pursuant to the Court's Second Amended Docket Control Order entered on January 12, 2026

(Dkt. 34), Cisco served its P.R 4-2 Proposed Claim Constructions and Extrinsic Evidence on

counsel for Plaintiff via electronic mail on July 16, 2026.

Dated: July 17, 2026

Respectfully submitted,

By: */s/ Shaun W. Hassett*
    Krishnan Padmanabhan *(admitted pro hac vice)*
    Email: kpadmanabhan@fenwick.com
    Christopher Gresalfi *(admitted pro hac vice)*
    Email: cgresalfi@fenwick.com
    **FENWICK & WEST LLP**
    902 Broadway
    New York, NY 10010
    Tel: (212) 921-2001

    Scott Border *(admitted pro hac vice)*
    **FENWICK & WEST LLP**
    1155 F St NW, 12th Floor
    Washington, DC 20004
    Telephone: (202) 970-3000
    Facsimile: (650) 938-5200

    Shaun W. Hassett
    TX State Bar No. 24074372
    shaunhassett@potterminton.com
    **POTTER MINTON, P.C.**
    102 N. College Ave., Suite 900
    Tyler, TX 75702
    Tel: (903) 597-8311
    Fax: (903) 531-3972

    ***Attorneys for Defendant***
    ***Cisco Systems, Inc.***