**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| DIORITE TECHNOLOGY, LLC, | |
| Plaintiff, | Case No. 2:25-cv-00591-RWS |
| v. | |
| CISCO SYSTEMS, INC., | **Jury Trial Demanded** |
| Defendant. | |

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT (P.R. 4-3)**

Pursuant to Local Patent Rule 4-3 and the Docket Control Order (D.I. 34), Defendant Cisco Systems, Inc. ("Cisco" or "Defendant") and Plaintiff Diorite Technology, LLC ("Diorite" or "Plaintiff") file this Joint Claim Construction and Prehearing Statement in connection with the asserted claims of U.S. Patent No. 9,007,421 and U.S. Patent No. 9,344,820.

### A.      Agreed Constructions

The parties have reached no agreement on the construction of any of the terms at issue.

### B.      Disputed Constructions and Evidence

The parties' disputed constructions and supporting evidence are listed in Table 1 ('421 Patent) and Table 2 ('820 Patent), below.

### C.      The Anticipated Length of Time Necessary for the Claim Construction Hearing

The parties anticipate that no more than two (2) hours will be necessary for the claim construction hearing currently scheduled for October 29, 2026.

### D.      Witnesses

The parties do not intend to call witnesses at the claim construction hearing.

**E.**      **Factual Findings**

The parties are not aware of any other issues which might appropriately be taken up at a prehearing conference prior to the Claim Construction Hearing.

DATE: August 6, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ Reza Mirzaie* | */s/ K. Padmanabhan* |
| Reza Mirzaie | Krishnan Padmanabhan |
| CA State Bar No. 246953 | Email: kpadmanabhan@fenwick.com |
| Christian W. Conkle | Christopher Gresalfi (*admitted pro hac vice)* |
| CA State Bar No. 306374 | Email: cgresalfi@fenwick.com |
| Joshua Scheufler | **FENWICK & WEST LLP** |
| CA State Bar No. 330462 | 902 Broadway |
| Jefferson Cummings | New York, NY 10010 |
| DC Bar No. 90027452 | Tel: (212) 921-2001 |
| **RUSS AUGUST & KABAT** | |
| 12424 Wilshire Boulevard, 12th Floor | Scott Border |
| Los Angeles, CA  90025 | Email: sborder@fenwick.com |
| Telephone: 310-826-7474 | **FENWICK & WEST LLP** |
| Email: rmirzaie@raklaw.com | 1155 F St NW, 12th Floor |
| Email: cconkle@raklaw.com | Washington, DC 20004 |
| Email: jcummings@raklaw.com | Telephone: (202) 970-3000 |
| Email: jscheufler@raklaw.com | Facsimile: (650) 938-5200 |

**ATTORNEYS FOR PLAINTIFF, DIORITE WIRELESS, LLC**

Shaun W. Hassett
TX State Bar No. 24074372
shaunhassett@potterminton.com
**POTTER MINTON, P.C**.
102 N. College Ave., Suite 900
Tyler, TX 75702
Tel: (903) 597-8311
Fax: (903) 531-3972

**ATTORNEYS FOR DEFENDANT CISCO SYSTEMS, INC**.

II.    **TABLE 1: DISPUTED TERMS FOR '421 PATENT**

| '421 Patent Claim Language | Patent Owner's Proposed Construction and Evidence in Support | Accused Infringer's Proposed Construction and Evidence in Support |
|---|---|---|
| **"Hold" option**<br><br>Claim 1 | Plain and Ordinary Meaning<br><br>**Intrinsic Evidence:**<br>6:55–64; 7:29–43; 8:15–9:2 | "option that temporarily disconnects the audio and video for said at least one device in the conference"<br><br>**Intrinsic Evidence:**<br>'421 Patent: 6:52-64, 7:29-43, 8:15-9:2, Figs. 5-6, claim 1.<br><br>'421 Patent Prosecution History:<br>• June 21, 2011 Original Application, as filed<br>• Feb. 13, 2014 Office Action<br>• May 13, 2014 Amendment and Response<br>• July 9, 2014 Final Office Action<br><br>**Extrinsic Evidence:**<br>Cisco intends to rely on Dr. Bederson to opine on its proposed construction, and/or to respond to Diorite's proposed claim construction, evidence, and testimony of Diorite's expert(s) and witnesses.<br><br>Cisco intends to rely on the following extrinsic evidence:<br><br>Webster's New World Telecom Dictionary (2008), 227; |

| '421 Patent Claim Language | Patent Owner's Proposed Construction and Evidence in Support | Accused Infringer's Proposed Construction and Evidence in Support |
|---|---|---|
| | | American Heritage Dictionary, Fifth Edition (2011), 837-838. |
| **character**<br><br>Claims 1, 4 | Plain and Ordinary Meaning<br><br>**Intrinsic Evidence:**<br>Abstract; 1:6–11; 4:50–5:25; 7:51–57; 10:4–46<br>Figs. 3, 5–7<br><br>**Extrinsic Evidence:**<br>Testimony of Dr. Eric Koskinen. | Indefinite, alternatively, "not a video or photo of a participant"<br><br>**Intrinsic Evidence:**<br>'421 Patent: Abstract, 1:6-50, 2:35-3:7, 4:35-5:25, 5:60-6:12, 6:45-8:39, Figs. 1, 3-7, claims 1, 4.<br><br>'421 Patent Prosecution History:<br><ul><li>June 21, 2011 Original Claims</li><li>Feb. 13, 2014 Office Action</li><li>May 13, 2014 Amendment and Response</li></ul><br>**Extrinsic Evidence:**<br>Cisco intends to rely on Dr. Bederson to opine on the indefiniteness of this term and/or its alternative proposed construction, and/or to respond to Diorite's proposed claim construction, evidence, and testimony of Diorite's expert(s) and witnesses.<br><br>Cisco intends to also rely on the following extrinsic evidence:<br><br>Dictionary of Computer and Internet Terms, Tenth Edition (2009), 87; |

| '421 Patent Claim Language | Patent Owner's Proposed Construction and Evidence in Support | Accused Infringer's Proposed Construction and Evidence in Support |
|---|---|---|
| | | New Oxford American Dictionary, Third Edition (2010) 290; <br><br> American Heritage Dictionary of the English Language, Fifth Edition (2011), 311; <br><br> Dictionary of Computing, Sixth Edition (2010), 60; <br><br> Newton's Telecom Dictionary, Twenty-Sixth Edition (2011), 275. |
| **phone icons** <br><br> Claims 1, 3, 4, 6 | Plain and Ordinary Meaning <br><br> **Intrinsic Evidence:** <br> Abstract; 2:50–62; 5:13–25; 5:52–6:28; 7:44–50; 7:58–8:3 <br><br> Office Action, Feb. 13, 2014 at 11 <br><br> **Extrinsic Evidence:** <br> Testimony of Dr. Eric Koskinen. | "icons depicting phones" alternatively indefinite <br><br> **Intrinsic Evidence:** <br> '421 Patent: Abstract, 1:6-50, 2:35-62, 5:13-16, 5:52-55, 5:60-65, 6:5-8, 6:13-15, 6:53-56, 7:44-50, 7:61-63, 7:65-8:1, Figs. 1, 3, 5-7, claims 1, 3, 4, 6. <br><br> '421 Patent Prosecution History: <br> • June 21, 2011 Original Claims <br> • Feb. 13, 2014 Office Action <br> • May 13, 2014 Amendment and Response <br> • July 9, 2014 Final Office Action <br> • Dec. 9, 2014 Amendment and Response <br> • Dec. 22, 2014 Notice of Allowance <br><br> **Extrinsic Evidence:** <br> Cisco intends to rely on Dr. Bederson to opine on its proposed construction, opine on the |

| '421 Patent Claim Language | Patent Owner's Proposed Construction and Evidence in Support | Accused Infringer's Proposed Construction and Evidence in Support |
|---|---|---|
| | | indefiniteness of this term, and/or to respond to Diorite's proposed claim construction, evidence, and testimony of Diorite's expert(s) and witnesses. |
| **a participant panel associated with said character**<br><br>Claim 1 | Plain and Ordinary Meaning<br><br>**Intrinsic Evidence:**<br>6:52–7:5; 7:19–43; 8:16–43; Fig. 5<br><br>Amendment and Response, May 13, 2014 | "a participant panel unique to said one of the plurality of characters"<br><br>**Intrinsic Evidence:**<br>'421 Patent: Abstract, 1:6-50, 2:5-8, 2:11-13, 2:35-62, 5:13-5:25, 5:60-6:28, 6:29-7:57, 8:36-43, Figs. 3, 5, claims 1, 2.<br><br>'421 Patent Prosecution History:<br>• June 21, 2011 Original Claims<br>• Feb. 13, 2014 Office Action<br>• May 13, 2014 Amendment and Response<br>• July 9, 2014 Final Office Action<br>• Dec. 9, 2014 Amendment and Response<br>• Dec. 22, 2014 Notice of Allowance<br><br>**Extrinsic Evidence:**<br><br>Cisco intends to rely on Dr. Bederson to opine on its proposed construction, and/or to respond to Diorite's proposed claim construction, evidence, and testimony of Diorite's expert(s) and witnesses. |

III.    TABLE 2: DISPUTED TERMS FOR '820 PATENT

| '820 Patent Claim Language | Parent Owner's Proposed Construction and Evidence in Support | Accused Infringer's Proposed Construction and Evidence in Support |
|---|---|---|
| **low level**<br><br>Claim 1 | Plain and Ordinary Meaning<br><br>**Intrinsic Evidence:**<br>3:61–4:32; 5:30–58; 8:28–38; Figs. 3, 5, 9<br><br>**Extrinsic Evidence:**<br>Testimony of Dr. Eric Koskinen. | Indefinite.<br><br>**Intrinsic Evidence:**<br>'820 Patent: 3:61-65, 4:15-32, 5:30-34, 5:47-57, 8:28-38, Figs. 3, 5, claims 1, 8.<br><br>'820 Patent Prosecution:<br>• June 7, 2013 Office Action<br>• Aug. 7, 2013 Amendment and Response<br>• October 2, 2013 Advisory Action<br>• October 7, 2013 Amendment and Response<br>• November 19, 2013 Advisory Action<br>• December 6, 2013 Request for Continued Examination<br>• Sept. 24, 2015 Office Action<br>• December 21, 2015 Amendment and Response<br>• January 13, 2016 Notice of Allowance<br><br>**Extrinsic Evidence:**<br><br>Cisco intends to rely on Dr. Bederson to opine on the indefiniteness of this term, and/or to respond to Diorite's proposed claim construction, evidence, and testimony of Diorite's expert(s) and witnesses. |

| low level status manager | Plain and Ordinary Meaning | Indefinite under pre-AIA § 112 ¶ 6 |
|---|---|---|
| Claim 1 | **Intrinsic Evidence:**<br>3:61–4:32; 5:30–58; 8:28–38; Figs. 3, 5, 9<br><br>**Extrinsic Evidence:**<br>Testimony of Dr. Eric Koskinen. | **Functions:** (1) "managing said low level status link"; (2) "performing diagnostics on said one speaker"; and (3) "generating a diagnostic report based on performed diagnostics."<br><br>**Corresponding structure:** none disclosed.<br><br>**Intrinsic Evidence:**<br>'820 Patent: 3:61-65, 4:15-32, 5:30-34, 5:47-57, 8:28-38, 9:20-67, Figs. 3, 5, 10, 11, claims 1, 8.<br><br>'820 Patent Prosecution:<br>&bull; June 7, 2013 Office Action<br>&bull; Aug. 7, 2013 Amendment and Response<br>&bull; October 2, 2013 Advisory Action<br>&bull; October 7, 2013 Amendment and Response<br>&bull; November 19, 2013 Advisory Action<br>&bull; December 6, 2013 Request for Continued Examination<br>&bull; Sept. 24, 2015 Office Action<br>&bull; December 21, 2015 Amendment and Response<br>&bull; January 13, 2016 Notice of Allowance<br><br>**Extrinsic Evidence:**<br>Cisco intends to rely on Dr. Bederson to opine on the indefiniteness of this term and/or its alternative proposed construction, and/or to respond to Diorite's proposed claim |

| '820 Patent Claim Language | Parent Owner's Proposed Construction and Evidence in Support | Accused Infringer's Proposed Construction and Evidence in Support |
|---|---|---|
| | | construction, evidence, and testimony of Diorite's expert(s) and witnesses. |
| **diagnostic application**<br><br>Claim 1 | Plain and Ordinary Meaning<br><br>**Intrinsic Evidence:**<br>3:61–4:46; 5:30–58; 9:20–67, 12:20–23, Figs. 3, 10, 11<br><br>**Extrinsic Evidence:**<br>Testimony of Dr. Eric Koskinen. | Subject to pre-AIA § 112 ¶ 6<br><br>**Function:** (1) "performs diagnostics on a corresponding one of said plurality of speakers"; and (2) "generating a diagnostic report based on performed diagnostics."<br><br>**Structure:** Diagnostic application 305 performing functionality described at Fig. 10, 9:20-44.<br><br>**Intrinsic Evidence:**<br>'820 Patent: 3:61-65, 4:15-32, 5:45-57, 8:28-38, 9:20-67, Figs. 3, 5, 10, 11, claims 1, 8.<br><br>'820 Patent Prosecution:<br>• June 7, 2013 Office Action<br>• Aug. 7, 2013 Amendment and Response<br>• October 2, 2013 Advisory Action<br>• October 7, 2013 Amendment and Response<br>• November 19, 2013 Advisory Action<br>• December 6, 2013 Request for Continued Examination<br>• Sept. 24, 2015 Office Action<br>• December 21, 2015 Amendment and Response |

| '820 Patent Claim Language | Parent Owner's Proposed Construction and Evidence in Support | Accused Infringer's Proposed Construction and Evidence in Support |
|---|---|---|
| | | • January 13, 2016 Notice of Allowance<br><br>**Extrinsic Evidence:**<br>Cisco intends to rely on Dr. Bederson to opine on its proposed construction, and/or to respond to Diorite's proposed claim construction, evidence, and testimony of Diorite's expert(s) and witnesses.<br><br>Cisco intends to also rely on the following extrinsic evidence:<br><br>New Oxford American Dictionary, Third Edition (2010), 76. |
| **said one of said plurality of speakers / said at least one of said plurality of speakers / said one speaker**<br><br>Claim 1 | Plain and Ordinary Meaning<br><br>**Intrinsic Evidence:**<br>1:39–2:8; 2:47–3:3; 3:61–4:32; 5:30–58; 6:46–7:9; 7:10–44; 10:35–54; 12:41–13:8; 13:14–17; 14:1–19; Figs. 1, 7, 9–11<br><br>Reply to Final Action, August 7, 2013 at 2–3<br>Office Action, Sept. 24, 2015 at 13<br>Response to Non-Final Office Action, Dec. 21, 2015 at 2.<br><br>**Extrinsic Evidence:**<br>Testimony of Dr. Eric Koskinen. | Indefinite<br><br>**Intrinsic Evidence:**<br>'820 Patent: 3:61-4:32, 5:18-58, Claims 1, 3, 8, Figs. 3, 5.<br><br>**Extrinsic Evidence:**<br>Cisco intends to rely on Dr. Bederson to opine on the indefiniteness of this term, and/or to respond to Diorite's proposed claim construction, evidence, and testimony of Diorite's expert(s) and witnesses. |