**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| DIORITE TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>Defendant. | Case No. 2:25-cv-00591-RWS<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO AMEND DOCKET CONTROL ORDER (DKT. 34)**

Plaintiff Diorite Technology, LLC ("Diorite") and Defendant Cisco Systems, Inc. ("Cisco") (collectively, the "Parties") respectfully move to amend the Second Amended Docket Control Order (Dkt. 34) in view of the Court's April 29, 2026 Order vacating the referral of all pretrial matters in this case to Magistrate Judge Roy S. Payne (Dkt. 36 at 3).

The Second Amended Docket Control Order currently schedules the Claim Construction Hearing for October 29, 2026, at 9:00 a.m. before Judge Payne. (Dkt. 34 at 4.) In view of the Court's vacatur of the referral to Judge Payne, the Parties jointly request that the Court amend the Docket Control Order to reflect that the Claim Construction Hearing will be held on October 29, 2026, at 9:00 a.m., or at an alternative time of the Court's choosing, before Judge Robert W. Schroeder III in Texarkana, Texas.

For the foregoing reasons, the Parties respectfully request that the Court grant this Motion and amend the Docket Control Order as set forth above.

Respectfully submitted,

*/s/ Jonathan Ma*
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Christian W. Conkle
CA State Bar No. 306374
Email: cconkle@raklaw.com
Joshua Scheufler
CA State Bar No. 330462
Email: jscheufler@raklaw.com
Jefferson Cummings
DC State Bar No. 90027452
Email: jcummings@raklaw.com
Jonathan Ma
CA State Bar No. 312773
jma@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor Los Angeles, CA 90025
Telephone: 310-826-7474

*Attorneys for Plaintiff Diorite Technology, LLC.*

*/s/ Krishnan Padmanabhan*
Krishnan Padmanabhan (*pro hac vice)*
CA State Bar No. 254220
Email: kpadmanabhan@fenwick.com
Christopher Gresalfi (*pro hac vice)*
NY State Bar No. 5472121
Email: cgresalfi@fenwick.com
**FENWICK & WEST LLP**
902 Broadway, 18th Floor
New York, NY 10010-6035
Telephone: 212.430.2600

Scott Border
DC State Bar No. 982214
Email: sborder@fenwick.com
**FENWICK & WEST LLP**
1155 F St NW, 12th Floor,
Washington, DC 20004
Telephone: 212.430.2600

Shaun W. Hassett
TX State Bar No. 24074372
Email: shaunhassett@potterminton.com
**POTTER MINTON, P.C.**
102 N. College Ave., Suite 900
Tyler, TX 75702
Tel: (903) 597-8311
Fax: (903) 531-3972

*Attorneys for Defendant Cisco Systems, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 23, 2026.

*/s/ Krishnan Padmanabhan*
Krishnan Padmanabhan

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies pursuant to Local Rule CV-7(i) that the relief requested in this motion is agreed.

*/s/ Krishnan Padmanabhan*
Krishnan Padmanabhan