**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| DIORITE TECHNOLOGY, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:25-CV-591-RWS |
| | § | |
| CISCO SYSTEMS, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

A claim construction hearing is set in this matter for November 3, 2026. Docket No. 56. As such, the parties shall file a notice of an agreed technical advisor no later than October 13, 2026. The parties should confirm the proposed technical advisor's availability prior to filing the joint notice. If the parties cannot agree, the parties notify the Court that they reached an impasse, and the Court will appoint a technical advisor. Accordingly, it is

**ORDERED** that the parties shall meet and confer and jointly notify the Court of the parties' agreed technical advisor by **October 13, 2026**. If the parties cannot reach an agreement after meet and confer efforts, each side shall propose two nominees for technical advisor. The notice shall provide the name, address, phone number, curriculum vitae, and information regarding any nominee's availability for the claim construction hearing.

**So ORDERED and SIGNED this 2nd day of October, 2026.**

Robert W Schroeder III

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE