**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| DIORITE TECHNOLOGY, LLC,<br>*Plaintiff*,<br>*v.*<br>CISCO SYSTEMS, INC.,<br>*Defendant*. | Case No. 2:25-cv-00591-RWS<br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S UNOPPOSED MOTION TO AMEND THE**
**DOCKET CONTROL ORDER**

Plaintiff Diorite Technology, LLC ("Diorite") respectfully moves to amend the Third Amended Docket Control Order (Dkt. No. 56) to extend certain interim deadlines. Defendant Cisco Systems, Inc. ("Cisco") does not oppose the relief requested. The proposed amendments do not change the April 6, 2027 pretrial conference or the April 19, 2027 jury selection date.

Good cause exists for the requested amendments, and this motion is not filed for purposes of delay. The Third Amended Docket Control Order reset the pretrial conference from March 22, 2027 to April 6, 2027 without adjusting the interim deadlines, and the Court recently held the claim construction hearing on November 3, 2026. The parties are also continuing to work through discovery, including Rule 30(b)(6) depositions of Cisco witnesses, one of whom is available for deposition on December 14, 2026, and are continuing to discuss open discovery issues. A short extension of the fact discovery deadline, with corresponding adjustments to deadlines, will assist the parties in those discussions.

The proposed amendments extend the close of fact discovery by approximately two weeks, and adjusts the remaining interim deadlines accordingly. The specific amendments are set forth in

the proposed Fourth Amended Docket Control Order submitted herewith, which lists all remaining deadlines in the format required by the Court. The deadlines for the pretrial conference and jury selection, remain unchanged.

For the foregoing reasons, Diorite respectfully requests that the Court grant this motion and enter the proposed Fourth Amended Docket Control Order.

Dated: November 10, 2026

Respectfully submitted,

*/s Jonathan Ma*

Reza Mirzaie
CA State Bar No. 246953
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
Jacob Buczko
CA State Bar No. 269408
Linjun (Linda) Xu
CA State Bar No. 307667
Jefferson Cummings
DC Bar No. 90027452
Joshua Scheufler
TX State Bar No. 24123406
Mackenzie Paladino
NY Bar No. 6039366
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com
Email: jbuczko@raklaw.com
Email: lxu@raklaw.com
Email: jcummings@raklaw.com
Email: jscheufler@raklaw.com
Email: mpaladino@raklaw.com

**ATTORNEYS FOR PLAINTIFF, DIORITE TECHNOLOGY, LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 10, 2026.

*/s/ Jonathan Ma*
Jonathan Ma

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(h) and (i), counsel for Plaintiff contacted counsel for Defendant with a proposed amended schedule on November 2, 2026, and the parties thereafter conferred by email. On November 5, 2026, Defendant confirmed that it does not oppose the relief requested in this motion. This motion is unopposed.

*/s/ Jonathan Ma*
Jonathan Ma